Dwight RELIFORD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 46041.

Missouri Court of Appeals,
Western District.

Dec. 22, 1992.

Laura Martin, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Aundreia R. Alexander, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and TURNAGE and SPINDEN, JJ.

ORDER

PER CURIAM.

Defendant appeals from the denial of a Rule 24.035 motion without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).